UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

RAYMOND J. NAMIAS, JR.                      CIVIL ACTION

VERSUS                                       NO. 07-4947

LYNN COOPER, WARDEN                          SECTION "A"(6)

### ORDER

The Court having considered the petition, the record, the applicable law, and Plaintiff's objections to the magistrate judge's Report and Recommendation, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter.

Accordingly;

**IT IS ORDERED** that Plaintiff's complaint should be and is hereby **DISMISSED WITH PREJUDICE**.

April 20, 2009

_____
UNITED STATES DISTRICT JUDGE